UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH L. TRIPLETT,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | NO. 2:14-cv-00257-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge John T. Rodger's July 28, 2015 Report and Recommendation, ECF No. 16, recommending that Plaintiff's Motion for Summary Judgment, ECF No. 12, be granted in part, Defendant's Motion for Summary Judgment, ECF No. 13, be denied, and the matter be remanded to the Commissioner for additional proceedings. No objections have been filed.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and grants Plaintiff's Motion for Summary in part, denies Defendant's Motion for Summary Judgment, and remands the matter.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, ECF No. 16, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

2. Plaintiff's Motion for Summary Judgment, ECF No. 12, is **GRANTED** in part.

3. Defendant's Motion for Summary Judgment, ECF No. 13, is **DENIED**.

4. The decision of the Commissioner denying benefits is **reversed** and **remanded** to the agency for further proceedings consistent with this Order.

5. 4. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, Plaintiff, and to Magistrate Judge John T. Rodgers.

**DATED** this 1st day of September 2015.



_____
Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2