UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH L. TRIPLETT,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.    2:14-CV-257-SAB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  September 1, 2015

                              SEAN F. McAVOY
                              Clerk of Court

                              By: *s/Virginia Reisenauer*
                                  Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**